UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIMBERLY ANN BIR, individually and on behalf of those similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CAUSE NO.: 1:10-cv-00318-RLY-TAB ) |
| TALECRIS PLASMA RESOURCES, INC., | ) ) ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF COMPLIANCE WITH**
**ORDER FOR CONDITIONAL CERTIFICATION**

Defendant Talecris Plasma Resources, Inc., by counsel, submits this Notice of Compliance with Court Order for Conditional Certification, and in support thereof, states as follows:

1. This case was conditionally certified as a collective action pursuant to 29 U.S.C § 216(b) of the Fair Standards Labor Act by Court order (Doc. 18) on August 19, 2010 (the "Order").

2. The Order provided in part that the "Defendant's counsel shall provide a list to Plaintiff's counsel, in electronic format, of all persons who have been employed by Defendant as a Quality Supervisor at any time from August 13, 2007 to August 13, 2010. . . . The list shall include the employees' names, most recent addresses, and social security numbers (last four digits only)." Order, ¶ 3.

3. On August 26, 2010, the undersigned counsel emailed a list of employees to Plaintiff's counsel in the form of an electronic file in Microsoft Excel format compliant with the Order.

WHEREFORE, Defendant Talecris Plasma Resources, Inc. notifies the Court of its compliance with the Court Order of August 19, 2010.

                                        Respectfully submitted

                                        /s/  Libby Y. Mote
                                        Linda J. Cooley, Attorney No. 16382-29
                                        Libby Y. Mote, Attorney No. 20880-49A
                                        Amy J. Adolay, Attorney No. 23147-49
                                        KRIEG DeVAULT LLP
                                        One Indiana Square, Suite 2800
                                        Indianapolis, Indiana  46204-2079
                                        Telephone:  (317) 636-4341
                                        Telecopier:  (317) 636-1507
                                        Email: lcooley@kdlegal.com
                                        lmote@kdlegal.com
                                        aadolay@kdlegal.com

                                        Attorneys for Defendant Talecris
                                        Plasma Resources, Inc.

## CERTIFICATE OF SERVICE

A copy of Talecris Plasma Resources, Inc.'s Notice of Compliance with Court Order for Conditional Certification was electronically filed on the 26th day of August, 2010. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system:

| | |
|---|---|
| Phillip J. Gibbons, Jr. | Andrew G. Jones |
| GIBBONS JONES, P.C. | GIBBONS JONES, P.C. |
| pgibbons@gibbonsjones.com | ajones@gibbonsjones.com |

/s/  Libby Y. Mote
Libby Y. Mote

KD_2952559_1.DOCX