UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KIMBERLY ANN BIR, individually and on behalf of those similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TALECRIS PLASMA RESOURCES, INC.,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>) CAUSE NO.: 1:10-cv-00318-RLY-TAB<br>)<br>)<br>)<br>)<br>) |

**PARTIES' JOINT STATUS REPORT TO MAGISTRATE JUDGE**

Plaintiff Kimberly Ann Bir ("Bir"), individually and on behalf of those similarly situated (collectively, "Plaintiffs"), and Defendant Talecris Plasma Resources, Inc. ("TPR"), by their respective counsel, and pursuant to the Court's Case Management Order entered herein on August 17, 2010 [Doc. #17], respectfully submit this Joint Status Report to Magistrate Judge Tim A. Baker and state as follows:

　　　1.　　Bir has filed this action against TPR alleging violations of the Fair Labor Standards Act, 20 U.S.C. § 201, *et seq.* ("FLSA"). Bir was formerly employed by TPR as a Quality Supervisor. Bir alleges that TPR misclassified the position of Quality Supervisor as exempt from the overtime provisions of the FLSA and, as a result, failed to pay overtime wages for hours worked in excess of forty (40) in a week.

　　　2.　　TPR denies that Plaintiffs are entitled to payment of overtime under the FLSA. TPR contends that all Quality Supervisors are exempt from the FLSA's overtime provisions and, therefore, are not entitled to be paid overtime compensation under the FLSA.

3.      On August 19, 2010, this Court conditionally certified this case as a collective action under the FLSA, pursuant to the stipulation of the parties. [Doc. #18]. Following a sixty (60) day notice period, seventy (70) former and current Quality Supervisors have opted in to the litigation.

4.      On August 17, 2010, this Court entered its Case Management Order approving the parties' jointly-tendered Case Management Plan, as amended. [Doc. #17]. Pursuant to the Court's Case Management Order, the parties were required to jointly contact the Magistrate Judge "to provide an update regarding the need for and timing of a settlement conference in light of the progress of discovery and settlement discussions." [Doc. #17].

5.      Under the Court's current Case Management Order, dispositive motions shall be filed by June 19, 2011, with non-expert discovery completed by May 20, 2011, and expert discovery completed by October 20, 2011. [Doc. #17]. The parties have conferred regarding the discovery they anticipate will be needed in this case and as of this time are continuing to operate under the set pre-trial deadlines.

6.      Counsel for the parties have also conferred and agree that they will be in a better position to advise the Court regarding the need for and timing of a settlement conference after dispositive motions are filed this summer. The parties are willing to provide an updated Joint Status Report to the Court at that time.

WHEREFORE, the parties respectfully provide this Joint Status Report to the Magistrate Judge, and request all other relief just and proper in the premises.

Respectfully submitted,

 /s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr.
Andrew G. Jones
GIBBONS JONES, P.C.
10401 N. Meridian Street, Suite 130
Indianapolis, IN 46290-1090
Telephone: (317) 706-1100
Facsimile: (317) 616-3336
E-mail: pgibbons@gibbonsjones.com
E-mail: ajones@gibbonsjones.com

Attorneys for Plaintiffs

 /s/ Amy J. Adolay
Amy J. Adolay, Attorney No. 23147-49
KRIEG DeVAULT LLP
12800 North Meridian Street, Suite 300
Carmel, Indiana  46032
Phone:  (317) 566-1110
FAX:  (317) 636-1507
Email:  aadolay@kdlegal.com

Linda J. Cooley, Attorney No. 16382-29
Libby Y. Goodknight, Attorney No. 20880-49B
Rebecca Biller, Attorney No. 24867-49A
KRIEG DeVAULT LLP
One Indiana Square, Suite 2800
Indianapolis, Indiana  46204-2079
Phone:  (317) 636-4341
FAX:  (317) 636-1507
Email:  lcooley@kdlegal.com
          lgoodknight@kdlegal.com
          rbiller@kdlegal.com

Attorneys for Defendant Talecris
Plasma Resources, Inc.

**CERTIFICATE OF SERVICE**

      A copy of the Parties' Joint Status Report to Magistrate Judge was electronically filed on the 8th day of March, 2011.  Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system:

Phillip J. Gibbons, Jr.
GIBBONS JONES, P.C.
pgibbons@gibbonsjones.com

Andrew G. Jones
GIBBONS JONES, P.C.
ajones@gibbonsjones.com

                                                  /s/ Amy J. Adolay
                                                  Amy J. Adolay

KD_3281503_2.DOC